Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rembrandt Patent Innovations

Plaintiff(s),

v.

Apple Inc.

Defendant(s).

Case No: 3:14-cv-05094

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, Christopher J. Gaspar, an active member in good standing of the bar of New York Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark C. Scarsi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1 Chase Manhattan Plaza
New York, NY 10005

MY TELEPHONE # OF RECORD:
(212) 530-5000

MY EMAIL ADDRESS OF RECORD:
cgaspar@milbank.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(213) 892-4000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mscarsi@milbank.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 2932762.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/16/15

Christopher J. Gaspar
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher J. Gaspar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 16, 2015.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE