IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | No. C 14-05094 WHA (Lead Case)<br><br>No. C 14-05093 WHA (Consolidated Case)<br><br><br><br>**REQUEST FOR RESPONSE** |

Plaintiffs have filed an "unopposed motion to amend its second amended disclosure of asserted claims and infringement contentions." Plaintiffs represent that the motion is "unopposed." Please file any statement of non-opposition by **MARCH 16**, otherwise the opposition is due by **MARCH 26**.

Dated: March 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE