IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,

    Plaintiffs,

v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA (Lead Case)

No. C 14-05093 WHA (Consolidated Case)

**ORDER GRANTING MOTION TO AMEND SECOND AMENDED INFRINGEMENT CONTENTIONS AND VACATING HEARING**

    In this patent-infringement action, plaintiffs move for leave to amend their second amended disclosure of asserted claims and infringement contentions. Fact discovery closes in March 2016. Defendant filed a statement of non-opposition. For good cause shown, plaintiffs' motion is **GRANTED**. The April 23 hearing is hereby **VACATED**. Defendant has until **MARCH 19 AT NOON**, to file any declaration in support of plaintiffs' sealing motion (Dkt. No. 67). Please remember that there is a strong presumption in favor of access to court records and that any proposed redactions must be narrowly-tailored to sealable material only. The declaration must clearly identify what specific portions are sought to be sealed versus not sealed.

    **IT IS SO ORDERED.**

Dated: March 17, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE