1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Jacob Schroeder (SBN 264747)
   jacob.schroeder@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW
      GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, CA 94304
5  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
6
   (Additional counsel on signature page)
7
   Attorneys for Plaintiffs
8  *Rembrandt Patent Innovations, LLC and*
   *Rembrandt Secure Computing, LP*
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC and REMBRANDT SECURE COMPUTING, LP, | No. C 14-05094-WHA (Lead Case) |
| Plaintiffs, | No. C 14-05093-WHA (Consolidated Case) |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL AND** ~~REQUEST FOR AN ORDER PURSUANT TO L.R. 11-5;~~ ~~[PROPOSED]~~ **ORDER** |
| APPLE INC., | |
| Defendant. | Judge: Honorable William H. Alsup<br>Courtroom: 8, 19th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Rembrandt Patent Innovations, LLC and Rembrandt Secure Computing, LP ("Plaintiffs") respectfully move for leave to withdraw Jacob A. Schroeder as counsel of record in this matter. The withdrawal of said counsel from this matter will impose no delay of the case or prejudice to any party, and Plaintiffs' other counsel at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP will remain of record. Plaintiffs further request that the clerk terminate any further ECF notifications to Jacob A. Schroeder. A Proposed Order is filed herewith.

Dated: April 2, 2015

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: /s/ Jacob A. Schroeder
Jacob Schroeder
Jacob.schroeder@finnegan.com

*Attorney for Rembrandt Patent Innovations, LLC and Rembrandt Secure Computing, LP*

Additional Counsel:

| | |
|---|---|
| Gerald F. Ivey (*admitted pro hac vice*)<br>gerald.ivey@finnegan.com<br>E. Robert Yoches (*admitted pro hac vice*)<br>bob.yoches@finnegan.com<br>Richard B. Racine (*admitted pro hac vice*)<br>rich.racine@finnegan.com<br>Christopher T. Blackford (*admitted pro hac vice*)<br>christopher.blackford@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400 | Alyssa J. Holtslander (*admitted pro hac vice*)<br>alyssa.holtslander@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>2 Freedom Square<br>11955 Freedom Drive<br>Suite 800<br>Reston, VA 20190-5675<br>Telephone: (571)203-2700<br>Facsimile: (571)203-2777 |
| Stephen E. Kabakoff (*admitted pro hac vice*)<br>stephen.kabakoff@finnegan.com<br>Anita Bhushan (*admitted pro hac vice*)<br>anita.bhushan@finnegan.com<br>Jeff T. Watson (*admitted pro hac vice*)<br>jeff.watson@finnegan.com<br>Benjamin R Schlesinger (*admitted pro hac vice*)<br>benjamin.schlesinger@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3263<br>Telephone: (404) 653-6400 | |

**[PROPOSED] ORDER**

Jacob A. Schroeder is hereby authorized by the Court to withdraw as counsel of Plaintiffs Rembrandt Patent Innovations, LLC and Rembrandt Secure Computing, LP. Finnegan, Henderson, Farabow, Garrett & Dunner, LLP will continue to represent Plaintiffs in this action.

The clerk of the Court is directed to make the appropriate change in the docket and to terminate any further ECF notifications to Jacob A. Schroeder.

**IT IS SO ORDERED.**

Dated: April 3, 2015.

_____
Hon. William Alsup
United States District Judge