IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC and REMBRANDT SECURE COMPUTING, LP,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | No. C 14-05094 WHA<br><br>**ORDER GRANTING REQUEST TO EXTEND DEADLINE TO COMPLETE CLAIM CONSTRUCTION DISCOVERY** |

　　　The parties filed a stipulated request to extend the deadline to complete claim construction discovery from July 20, 2015 to May 5, 2016, which is the deadline to complete expert discovery and to file motions for summary judgment. Good cause shown, the parties' request is **GRANTED**. The parties are warned, however, that they will not be permitted to use this extension as the basis for future extensions.

　　　**IT IS SO ORDERED.**

Dated: July 16, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE