**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant.<br>_____ / | No. C 14-05094 WHA (Lead)<br><br>No. C 14-05094 WHA (Consolidated)<br><br><br><br>**ORDER GRANTING SEALING MOTION (DKT. NO. 92)** |

Plaintiffs filed an administrative motion for leave to file under seal Exhibit 16 and portions of Exhibits 14 and 15 submitted in support of their motion to amend their infringement contentions (Dkt. No. 92). The parties that designated those materials confidential have not filed supporting declarations as required by Local Rule 79-5(e)(1). Nevertheless, the Court has previously granted a request to seal the same materials (except for the instant amendments) for which Apple did submit a supporting declaration in which it asserted these materials are trade secret information about Apple's source code and hardware (Dkt. Nos. 75, 79).

Good cause shown, plaintiffs' motion for leave to file under seal is **GRANTED**. The parties are warned that future sealing motions that are not accompanied with timely supporting declarations will be denied in their entirety.

**IT IS SO ORDERED.**

Dated: August 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE