IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant.<br>_____/ | No. C 14-05094 WHA (Lead Case)<br><br>No. C 14-05093 WHA (Consolidated Case)<br><br>**ORDER GRANTING MOTION TO AMEND THIRD AMENDED INFRINGEMENT CONTENTIONS AND VACATING HEARING** |

In this patent-infringement action, plaintiffs move for leave to amend their third amended disclosure of asserted claims and infringement contentions. Fact discovery closes in March 2016. Defendant filed a statement of non-opposition, though reserved the right to oppose or object to the factual and legal assertions in the amended documents. For good cause shown, plaintiffs' motion is **GRANTED**. The September 17 hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE