IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 14-05094 WHA (Lead Case)<br><br>No. C 14-05093 WHA (Consolidated Case)<br><br>**REQUEST FOR RESPONSE** |

Plaintiffs have filed an "unopposed motion to amend its fourth amended disclosure of asserted claims and infringement contentions," in order to include products that had not been announced at the time of its prior amendment. Plaintiffs represent that the motion is "unopposed" but have not filed a sworn statement from defendant. Instead, plaintiffs have filed a print-out of e-mail correspondence with defendant's counsel indicating that they would not oppose the motion. Defendant shall please file any statement of non-opposition by **SEPTEMBER 18**, otherwise the opposition is due by **SEPTEMBER 25**.

Dated: September 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE