IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 14-05094 WHA (Lead Case)<br><br>No. C 14-05093 WHA (Consolidated Case)<br><br><br>**ORDER GRANTING MOTION TO AMEND FOURTH AMENDED INFRINGEMENT CONTENTIONS** |

In this patent-infringement action, plaintiffs move for leave to amend their fourth amended disclosure of asserted claims and infringement contentions. Fact discovery closes in March 2016. Defendant filed a statement of non-opposition, though reserved the right to oppose or object to the factual and legal assertions in the amended documents and indicated that it may object to future attempts by plaintiffs to expand the case to cover additional products. For good cause shown, plaintiff's motion is **GRANTED**. The October 29 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 16, 2015.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE