**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC,<br><br>    Defendant.<br>_____ / | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br>**ORDER DENYING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Apple has filed a motion seeking to file under seal Exhibit A to its discovery letter because that document was designated "Confidential" by Rembrandt (Dkt. No. 106). Rembrandt has filed a notice disclaiming its confidentiality interests in that document (Dkt. No. 107). Accordingly, Apple's sealing motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: October 20, 2015.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE