IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant.<br>_____/ | No. C 14-05094 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C14-05093 WHA<br><br>**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE** |

The Court **SETS** a three-hour meet-and-confer in the Court's jury room on the 19th floor of the federal courthouse in San Francisco starting from **8:00–11:00 A.M. ON MONDAY, OCTOBER 26, 2015**. At **11:00 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom No. 8. Plaintiffs' response is due by 9:00 a.m. on October 23. Please buzz chambers to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE