IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, REMBRANDT SECURE COMPUTING, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br>**ORDER FOLLOWING HEARING ON DISCOVERY DISPUTE** |

As discussed at the hearing on the parties' discovery dispute, this order sets the following schedule in order to tee up the issues with a sworn evidentiary record:

By **NOVEMBER 25**, Rembrandt shall serve on Apple a sworn statement justifying its assertion of privilege for each document in dispute, one-by-one.

- Apple shall have the opportunity to conduct discovery on Rembrandt's assertions of privilege. Such discovery must be completed by **DECEMBER 30**.

- By **JANUARY 6, 2016**, Apple shall file a motion to compel the production of any documents it believes have been improperly withheld. Rembrandt's response brief shall be due on **JANUARY 20**.

- A hearing is hereby scheduled for **JANUARY 27 AT 9:00 A.M.**

The parties should meet and confer again to try to narrow the issues, but should abide by the above schedule regardless.

**IT IS SO ORDERED.**

Dated: October 26, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE