IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | No. C 14-05094 WHA (Lead)<br><br>No. C 14-05093 WHA (Consolidated)<br><br>**ORDER GRANTING SEALING MOTION (DKT. NO. 117)** |

Plaintiffs filed an administrative motion for leave to file under seal Exhibit 9 and portions of Exhibits 12 and 13 submitted in support of their motion to amend their infringement contentions because those documents were designated confidential under the protective order by Apple (Dkt. No. 117). Apple has filed a supporting declaration noting that the documents sought to be sealed contain information about Apple's source code and file structures, which it represents are trade secrets and highly confidential business information (Dkt. No. 119). Good cause shown, plaintiffs' motion for leave to file under seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 4, 2015.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE