1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   REMBRANDT PATENT INNOVATIONS              No. C 14-05094 WHA
     LLC,
11
                    Plaintiff,
12
                                               **NOTICE RE OPPORTUNITIES**
13       v.                                    **FOR YOUNG ATTORNEYS**

14   APPLE INC,

15                  Defendant.
                                          /
16

17         Counsel will please keep in mind the need to provide arguments and courtroom

18   experience to the next generation of practitioners.  The Court will particularly welcome any

19   lawyer with four or fewer years of experience to argue the upcoming motion to amend

20   infringement contentions.

21

22

23

24   Dated:   December 2, 2015.

25                                             _____
                                               WILLIAM ALSUP
26                                             UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28