United States District Court

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   REMBRANDT PATENT INNOVATIONS              No. C 14-05094 WHA (lead)
     LLC, and REMBRANDT SECURE                 No. C 14-05093 WHA (consolidated)
11   COMPUTING, LP,

12              Plaintiffs,

13        v.

14   APPLE INC.,                               **REQUEST FOR
                                               SUPPLEMENTAL BRIEFING**
15              Defendant.
                                          /
16

17        The complaint in this action alleged that Apple infringed the patent-in-suit by making,

18   using, importing, offering for sale, or selling products "including but not limited to" an initial

19   set of eighteen specifically-identified products, plus other "reasonably similar products."

20   Plaintiffs also accused those products in their initial infringement contentions.   Plaintiffs have

21   twice amended their infringement contentions to add products released since commencing this

22   action, and they seek leave to add new products once more (this would be the sixth amendment

23   to the infringement contentions).

24        Rule 15(d) provides that a supplemental complaint, not merely an amended complaint, is

25   necessary to set out "any transaction, transaction, occurrence, or event that happened after the

26   date" of the complaint.   Plaintiffs have never sought to file a supplemental complaint in

27   connection with their amended infringement contentions.

28        The amended Federal Rules of Civil Procedure took effect on December 1.   The

     amended rules eliminated Form 18, which had set a bare pleading standard for claims of direct

**United States District Court**
For the Northern District of California

1   patent infringement, notably allowing a patent claim to survive a Rule 12 motion even if the

2   patent owner did not specifically name the accused products.  The amended rules apply to

3   pending cases "insofar as just and practical."

4          The parties did not address whether plaintiffs' proposed amendments to their

5   infringement contentions have any implications for their complaint, particularly in light of the

6   elimination of Form 18.

7          By **TUESDAY, DECEMBER 8 AT NOON**, the parties will please file supplemental briefs

8   **NOT TO EXCEED FIVE PAGES** double-spaced with no footnotes addressing the issues detailed

9   above.  Please also state whether a junior lawyer four or fewer years out of law school will

10  conduct the argument, if allowed, a factor the Court will take into account in deciding whether

11  to submit the motion on the papers or not.

12

13        **IT IS SO ORDERED.**

14

15  Dated:   December 4, 2015.

16                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2