IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA

**ORDER SETTING DISCOVERY HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

Pursuant to plaintiffs' letter of December 14, 2015, the Court **SETS** a three-hour meet-and-confer to commence from **7:30 A.M. AND CONTINUING TO 10:30 A.M. ON WEDNESDAY, DECEMBER 23** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At 10:30 a.m., the Court shall hear any outstanding issue(s) in Courtroom No. 8. Defendant's response is due by noon on Monday, December 21.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 16, 2015.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE