United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br>**ORDER GRANTING SEALING MOTIONS** |

The parties have each filed motions seeking to file portions of their discovery letters and exhibits thereto under seal because they contain information that Apple has designated confidential pursuant to the protective order in this action (Dkt. Nos. 131, 136). Apple has filed supporting declarations averring that the materials sought to be sealed contain trade secrets and confidential information relating to source code and processors used in its devices. Good cause shown, both parties' sealing motions are hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE