IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br><br><br>**NOTICE RE DECEMBER 23 DISCOVERY DISPUTE** |

The parties met and conferred in the Court's jury room regarding plaintiff's discovery letter from **7:30 A.M. TO 9:15 A.M.** At **9:15 A.M.** counsel for both sides informed the Court they had resolved the issues and wished to vacate the hearing. Accordingly, the hearing set for **TODAY AT 10:30 A.M.** is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: December 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE