IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, L.P.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC,<br><br>    Defendant. | No. C 14-05094 WHA (lead case)<br>No. C 14-05093 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART APPLE'S SEALING MOTION** |

Apple seeks to file under seal portions of the exhibits to its motion to compel because portions of those exhibits have been designated "Restricted — Attorney's Eyes Only" by Rembrandt pursuant to the protective order in this action (Dkt. No. 141). Rembrandt has filed a supporting declaration averring that certain information in the documents sought to be redacted reflects confidential business information, such as the personal addresses of the inventors of the patents-in-suit, deposition testimony describing Rembrandt's business model, and the amounts of royalty payments negotiated in licenses for the patents-in-suit (Dkt. No. 143). The exhibits to the supporting declaration are new versions of the exhibits that Apple seeks to redact with only the sensitive information redacted, rather than the entire documents. Good cause shown, Apple's sealing motion is **GRANTED** as to the information redacted in the exhibits to Rembrandt's supporting declaration and otherwise **DENIED**.

If they have not already, the parties should *not* lodge further chambers copies of the redacted versions documents for the purpose of this sealing motion.

**IT IS SO ORDERED.**

Dated: January 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2