IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS
LLC, and REMBRANDT SECURE
COMPUTING, LP,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA

**ORDER SETTING HEARING
RE PLAINTIFFS'
DISCOVERY DISPUTE**

The Court has received notice of plaintiffs' second discovery dispute in this matter and hereby **SETS** a three-hour meet-and-confer in the Court's jury room to commence at **7:30 A.M. AND CONTINUING TO 10:30 A.M.** on **TUESDAY, MARCH 1, 2016**. At **10:30 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom 8. Defendant's response is due by **NOON ON MONDAY, FEBRUARY 29**.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE