IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br><br><br><br>**REQUEST FOR RESPONSE** |

Apple filed a statement of non-opposition indicating that it does not oppose Rembrandt's letter brief seeking a protective order regarding the details of the fee arrangement between Rembrandt and its counsel. By **1:00 P.M. TODAY**, Rembrandt shall please state whether its motion for discovery relief should be dismissed as moot and whether the hearing scheduled for tomorrow should be vacated.

Dated: February 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE