**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP, | No. C 14-05094 WHA (lead) No. C 14-05093 WHA (consolidated) |
| Plaintiffs, | |
| v. | |
| APPLE INC., | **ORDER DENYING REMBRANDT'S MOTION AS MOOT AND VACATING HEARING** |
| Defendant. | |

Apple filed a statement of non-opposition indicating that it does not oppose Rembrandt's letter brief seeking a protective order regarding the details of the fee arrangement between Rembrandt and its counsel (Dkt. No. 160). Rembrandt confirmed that Apple's statement moots its motion (Dkt. No. 162). Accordingly, Rembrandt's motion is **DENIED AS MOOT**. The hearing scheduled for **MARCH 1 AT 10:30 A.M.** is hereby **VACATED**.

Dated: February 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE