Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Miguel J. Ruiz (SBN 240387)
mruiz@milbank.com
Ashlee N. Lin (SBN 275267)
ashlee.lin@milbank.com
MILBANK, TWEED, HADLEY &
  MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

(Additional counsel on signature page)

Attorneys for Plaintiffs
REMBRANDT PATENT INNOVATIONS, LLC and
REMBRANDT SECURE COMPUTING, LP

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REMBRANDT PATENT INNOVATIONS, LLC and REMBRANDT SECURE COMPUTING, LP**,<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.**<br><br>Defendants. | NO. 3:14-cv-05094-WHA (Lead)<br>NO. 3:14-cv-05093-WHA (Consolidated)<br><br>**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER**<br><br>Judge:        Honorable William H. Alsup<br>Courtroom: 8, 19th Floor |

Pursuant to Civil L.R. 6-2, Plaintiffs Rembrandt Patent Innovations LLC and Rembrandt Secure Computing, LP (collectively "Rembrandt") and Defendant Apple Inc. ("Apple") hereby submit this Joint Stipulation to Amend Case Management Order and Proposed Order.

On February 4, Rembrandt served on Apple a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6). For topic number 7, Apple designated Mr. Patrick McNamara, an Apple employee, for a deposition scheduled for March 18. On Tuesday, March 15, Apple's counsel was informed that Mr. McNamara is no longer available on Friday, March 18, due to an unforeseen conflict. Mr. McNamara is next available for deposition on March 29.

On February 1, Apple served on Rembrandt a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6). For topics 1, 2, 3, 5, 7, 8 and 9, Rembrandt designated Mr. Daniel Golub, a Rembrandt employee, for a deposition originally scheduled for March 9. On March 2, Rembrandt's counsel was informed that Mr. Golub was no longer available on March 9. Mr. Golub is next available for deposition on March 25.

Because Mr. McNamara's and Mr. Golub's depositions would occur so close to the parties' deadline to submit opening expert reports, March 31 (Dkt. No. 64), the parties met and conferred and respectfully request that the Court amend the dates in the case management order to extend the expert-related deadlines by one week. The parties' proposed amendment to the case management order will not change any dates on the Court's calendar. The chart below details the parties' proposed amended case schedule.

**Proposed Amended Case Schedule**

| Event | Applicable Order | Ordered Deadline | Parties' Proposed Amended Deadline |
|---|---|---|---|
| Serve Opening Expert Reports | Dkt. No. 64 | March 31, 2016 | April 7, 2016 |
| Serve Opposition Reports | Dkt. No. 64 | April 14, 2016 | April 21, 2016 |
| Serve Reply Reports | Dkt. No. 64 | April 21, 2016 | April 28, 2016 |
| Close of Expert Discovery | Dkt. No. 64 | May 5, 2016 | May 12, 2016 |

| Event | Applicable Order | Ordered Deadline | Parties' Proposed Amended Deadline |
|---|---|---|---|
| Last Day to File Dispositive Motions | Dkt. No. 64 | May 5, 2016 | No change |
| Final Pretrial Conference | Dkt. No. 64 | June 29, 2016, at 2:00 p.m. | No change |
| Jury Trial | Dkt. No. 64 | July 11, 2016, at 7:30 a.m. | No change |

### [PROPOSED] ORDER

The above JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER is hereby GRANTED and the amended schedule proposed by the parties is hereby adopted.

IT IS SO ORDERED.

Dated: March 21, 2016.

_____
Honorable William H. Alsup
United States District Judge