IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br><br><br><br>**REQUEST FOR RESPONSE** |

Fact discovery closed on March 31. On March 31, Apple filed a motion seeking to extend the fact discovery cut-off to April 15 for the sole purpose of conducting two depositions that could not be completed on the originally scheduled dates due to the witnesses' personal circumstances (Dkt. No. 167). Apple represents this motion is unopposed, although plaintiffs would not stipulate to the extension. By **NOON TOMORROW**, plaintiffs shall please state whether they oppose this motion.

Dated: March 31, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE