1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   REMBRANDT PATENT INNOVATIONS          No. C 14-05094 WHA (lead)
     LLC, and REMBRANDT SECURE             No. C 14-05093 WHA (consolidated)
11   COMPUTING, LP,

12              Plaintiffs,

13        v.

14   APPLE INC.,                           **ORDER EXTENDING**
                                           **FACT DISCOVERY**
15              Defendant.                 **FOR LIMITED PURPOSE**

16   _____/

17        Fact discovery closed on March 31.  On March 31, Apple filed a motion seeking to

18   extend the fact discovery cut-off to April 15 for the sole purpose of conducting two depositions

19   that could not be completed on the originally scheduled dates due to the witnesses' personal

20   circumstances (Dkt. No. 167).  Plaintiffs have confirmed that this motion is unopposed (Dkt.

21   No. 169).  The fact discovery deadline is hereby **EXTENDED** to **APRIL 15** for the limited purpose

22   of conducting the identified depositions.

23

24        **IT IS SO ORDERED.**

25

26

27   Dated:   April 4, 2016.                _____
                                            WILLIAM ALSUP
28                                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California