United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br><br><br><br>**ORDER SETTING TUTORIAL** |

A hearing on the parties' cross-motions for summary judgment is set for **JUNE 9**. The Court hereby **SETS** a **NINETY-MINUTE TUTORIAL** for **WEDNESDAY, MAY 25 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated:　May 16, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE