IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,<br><br>　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　Defendant. | No. C 14-05094 WHA (lead)<br>No. C 14-05093 WHA (consolidated)<br><br>**ORDER CHANGING TIME OF TUTORIAL** |

　　The tutorial scheduled for tomorrow at 2:00 p.m. is hereby rescheduled for **TOMORROW AT NOON**.

　　**IT IS SO ORDERED.**

Dated:   May 24, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE