IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA (lead)
No. C 14-05093 WHA (consolidated)

**ORDER APPROVING APPLE'S REQUEST TO BRING EQUIPMENT INTO COURTROOM**

    Apple has requested an order allowing it to bring a semiconductor wafer, which does not carry electricity or power, into the courtroom as a demonstrative during the tutorial. Apple's request is hereby **APPROVED**.

    **IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE