Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Miguel J. Ruiz (SBN 240387)
mruiz@milbank.com
Ashlee N. Lin (SBN 275267)
ashlee.lin@milbank.com
MILBANK, TWEED, HADLEY &
  MCCLOY LLP
 601 South Figueroa Street, 30th Floor
Los Angeles, California  90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

(Additional counsel on signature page)

Attorneys for Plaintiffs
REMBRANDT PATENT INNOVATIONS, LLC and
REMBRANDT SECURE COMPUTING, LP

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REMBRANDT PATENT INNOVATIONS, LLC and REMBRANDT SECURE COMPUTING, LP**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**APPLE INC.**<br><br>    Defendants. | NO. 3:14-cv-05094-WHA (Lead)<br>NO. 3:14-cv-05093-WHA (Consolidated)<br><br>**JOINT STIPULATION FOR PRETRIAL SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge:      Honorable William H. Alsup<br>Courtroom:  8, 19th Floor |

Pursuant to Docket Entry 185, Plaintiffs Rembrandt Patent Innovations LLC and Rembrandt Secure Computing, LP (collectively "Rembrandt") and Defendant Apple Inc. ("Apple") hereby submit this Joint Stipulation for a Pretrial Schedule and Proposed Order. The chart below details the parties' proposed schedule up and until the pretrial conference on June 22, 2016.

**Proposed Pretrial Schedule**

| Date | Event |
|---|---|
| **Friday June 3, 2016, by 11:59 PM PDT:** | Parties serve FRCP 26(a)(3) disclosures on each other, including:<br>- A list of will- and may- call witnesses, including identification of witnesses to appear by deposition<br>- Exhibit list in Excel (including description of exhibit, beginning and end bates numbers, column for when it is offered in evidence, column for limitations on use, column to specify source) |
| **Tuesday June 7, 2016, by 11:59 PM PDT** | Parties to serve Opening Motions in Limine on each other |
| **Tuesday June 14, 2016, by 3:00 pm PDT:** | Parties to serve Oppositions to Motions in Limine on each other |
| **Wednesday, June 15, 2016, by 11:59 pm PDT:** | **Rembrandt to file JOINT PROPOSED PRETRIAL ORDER** and provide Court with soft and hard copies.<br>Includes:<br>- Joint proposed final pretrial order<br>- Joint proposed undisputed instructions on substantive issues of law<br>- Memoranda of law in support of each party's disputed instructions<br>- Joint special verdict form<br>- Joint set of proposed voir dire + separate requests<br>- Motions in Limine and Opposition packets<br>- Copies of Rule 26(a)(3) disclosures |
| **Friday June 17, 2016, by 11:59 pm PDT** | Each party to serve objections to other side's exhibit list |

| | | |
|---|---|---|
| 1 | Dated: May 31, 2016 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | By: /s/ *Jacob A. Schroeder* <br> Jacob A. Schroeder |
| 4 | | Robert F. McCauley (SBN 162056) <br> robert.mccauley@finnegan.com |
| 5 | | Jacob A. Schroeder (SBN 264717) <br> jacob.schroeder@finnegan.com |
| 6 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 7 | | 3300 Hillview Avenue <br> Palo Alto, CA 94304-1203 |
| 8 | | Telephone: (650) 849-6600 <br> Facsimile: (650) 849-6666 |
| 9 | | |
| 10 | | Gerald F. Ivey (admitted pro hac vice) <br> gerald.ivey@finnegan.com |
| 11 | | E. Robert Yoches (admitted pro hac vice) <br> bob.yoches@finnegan.com |
| 12 | | Richard B. Racine (admitted pro hac vice) <br> rich.racine@finnegan.com |
| 13 | | Christopher T. Blackford (admitted pro hac vice) <br> christopher.blackford@finnegan.com |
| 14 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 15 | | 901 New York Avenue, N.W. <br> Washington, D.C. 20001-4413 |
| 16 | | Telephone:  (202) 408-4000 <br> Facsimile:  (202) 408-4400 |
| 17 | | Alyssa J. Holtslander (admitted pro hac vice) |
| 18 | | alyssa.holtslander@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 19 | | 2 Freedom Square <br> 11955 Freedom Drive |
| 20 | | Suite 800 <br> Reston, VA 20190-5675 |
| 21 | | Telephone: (571)203-2700 <br> Facsimile: (571)203-2777 |
| 22 | | |
| 23 | | Stephen E. Kabakoff (admitted pro hac vice) <br> stephen.kabakoff@finnegan.com |
| 24 | | Anita Bhushan (admitted pro hac vice) <br> anita.bhushan@finnegan.com |
| 25 | | Benjamin R Schlesinger (admitted pro hac vice) <br> benjamin.schlesinger@finnegan.com |
| 26 | | Jeff T. Watson (admitted pro hac vice) <br> jeff.watson@finnegan.com |
| 27 | | FINNEGAN, HENDERSON, FARABOW,  GARRETT & DUNNER, LLP |
| 28 | | 3500 SunTrust Plaza <br> 303 Peachtree Street, N.E. |

<pre>
                                Atlanta, GA 30308-3263
                                Telephone: (404) 653-6400
                                Facsimile:  (404) 653-6444


                                Attorneys for Plaintiff
                                REMBRANDT PATENT INNOVATIONS, LLC
                                and REMBRANDT SECURE COMPUTING, LP


                              By:  /s/ Mark C. Scarsi
                                   Mark C. Scarsi

                                   Mark C. Scarsi (SBN 183926)
                                   mscarsi@milbank.com
                                   Miguel Ruiz (SBN 240387)
                                   mruiz@milbank.com
                                   Ashlee N. Lin (SBN 275267)
                                   ashlee.lin@milbank.com
                                   MILBANK, TWEED, HADLEY
                                     & McCLOY LLP
                                   601 South Figueroa Street, 30th Floor
                                   Los Angeles, California 90017
                                   Telephone: (213) 892-4000
                                   Facsimile: (213) 629-5063

                                   Christopher J. Gaspar (admitted Pro Hac Vice)
                                   cgaspar@mibank.com
                                   Andrew Lichtenberg (admitted Pro Hac Vice)
                                   alichtenberg@milbank.com
                                   MILBANK, TWEED, HADLEY
                                     &MCCLOY LLP
                                   1 Chase Manhattan Plaza
                                   New York, NY 10005
                                   Telephone: (212) 530-5000
                                   Facsimile: (212) 530-5219

                                   Attorneys for Defendant Apple Inc.
</pre>

## **ATTESTATION**

I, Jacob A. Schroeder, the filer attest that concurrence from Apple's outside counsel in the filing of the document has been obtained.

<pre>
                              By:  /s/ Jacob A. Schroeder
                                   Jacob A. Schroeder
                                   *Attorney for Plaintiffs*
                                   Rembrandt Patent Innovations, LLC and Rembrandt
                                   Secure Computing, LP
</pre>

1  **[PROPOSED] ORDER**

2  The above JOINT STIPULATION FOR PRETRIAL SCHEDULE AND [PROPOSED]

3  ORDER is hereby GRANTED and the schedule proposed by the parties is hereby adopted.

4

5  **IT IS SO ORDERED**.

6

7  Dated:  June 1, 2016.                     _____

8                                             Honorable William Alsup
                                               United States District Judge