UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC and REMBRANDT SECURE COMPUTING, LP.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:14-cv-05094-WHA (lead case);<br>Case No. 3:14-cv-05093-WHA<br><br>**[PROPOSED] ORDER APPROVING DEFENDANT APPLE INC.'S REQUEST TO ALLOW EQUIPMENT INTO THE COURTHOUSE**<br><br>Department:   Courtroom 8, 19th Floor<br>Judge:           Hon. William H. Alsup |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:14-cv-05094-WHA

Defendant Apple Inc. has request an Order allowing it to bring a semiconductor wafer and system-on-a-chip into the courtroom as demonstratives during the upcoming hearings and trial. Apple's request is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: June 8, 2016.

_____
Hon. William Alsup
United States District Court Judge