IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS LLC, and REMBRANDT SECURE COMPUTING, LP,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA (lead)
No. C 14-05093 WHA (consolidated)

**ORDER DENYING REQUEST TO EXTEND DEADLINE TO SEEK FEES**

The parties have stipulated to extend the deadline for Apple to move for attorney's fees to 30 days after the entry of a mandate from the court of appeals, or, if Rembrandt does not seek an appeal, August 10, 2016. The request is **DENIED** as to a motion for entitlement to fees. If Apple is held entitled to fees, a schedule will be set to determine the amount of fees owed.

**IT IS SO ORDERED.**

Dated: June 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE